IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JASON F. BRIDGES,

    Petitioner,

v.                                             Civil Action No. 1:07CV96
                                             Criminal Action No. 1:05cr80(1)
                                                    (Judge Keeley)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

On November 15, 2007, the pro se petitioner, Jason F. Bridges ("Bridges"), filed a motion for extension of time within which to file objections to the Opinion/Report and Recommendation issued by Magistrate Judge John S. Kaull on October 19, 2007. In support of his motion, Bridges states that he did not receive a copy of Magistrate Judge Kaull's Report and Recommendation until late in the day on October 23, 2007. He further alleges that, due to lack of access to research materials and the law library being closed on Friday evenings and weekends, he would not be able to meet the ten day deadline for filing objections.

Although the Court did not receive Bridges' motion within the ten day period following the issuance of Magistrate Judge Kaull's report and recommendation, the Court notes that Bridges provides a "certificate of service" dated October 31, 2007. Because that date

**BRIDGES v. USA**  1:07cv96
  1:05cr80-1

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

does fall within the ten day period for filing objections, the Court finds that Bridges timely filed this motion.

For good cause shown, the Court **GRANTS** the Bridges' motion for an extension of time (Docket No. 95 in 1:05CR80 and Docket No. 6 in 1:07CV96). Bridges must submit his objections no later than **January 8, 2008.**

It is so **ORDERED**.

The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested and to counsel of record.

Dated: November 8, 2007

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE